1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FILED
CLERK, U.S. DISTRICT COURT

MAR - 5 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

BEHRINGER HARVARD NoHo LLC,               ) CV 14-1314
                                          )
                    Plaintiff,            ) ORDER SUMMARILY
                                          ) REMANDING IMPROPERLY
          v.                              ) REMOVED ACTION
                                          )
MARCUS DAVIS and EKATERINA                )
VOLYNSKIKH,                               )
                                          )
                    Defendants.           )
_____)

The Court will remand this unlawful detainer action to state court summarily because defendants removed it improperly.

On February 20, 2014, defendants, having been sued in a routine unlawful detainer action in California State Court, lodged a Notice of Removal of that action to this court and also presented applications to proceed *in forma pauperis*. The Court has denied the latter applications under separate cover because the action was not property removed. To prevent the action from remaining in jurisdictional

1

1  limbo, the Court issues this order to remand the action to state court.

2      Simply stated, plaintiff could not have brought this action in federal court in

3  the first place. Defendants do not competently allege facts supplying either

4  diversity or federal question jurisdiction, and therefore removal is improper.  28

5  U.S.C. § 1441(a); *see Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546,

6  563, 125 S.Ct. 2611, 162 L.Ed.2d 502 (2005).  Even if complete diversity of

7  citizenship exists, the amount in controversy does not exceed the diversity

8  jurisdiction threshold of $75,000.  See 28 U.S.C. §§ 1332, 1441(b).  On the

9  contrary, the unlawful detainer Complaint recites that the amount in controversy

10  does not exceed $10,000. Moreover, because defendants reside in the forum state,

11  defendants cannot properly remove the action, to the extent diversity jurisdiction

12  is asserted.  28 U.S.C. § 1441(b).

13      Nor does plaintiff's unlawful detainer action raise any federal legal question.

14  *See* 28 U.S.C. §§ 1331, 1441(b).

15      Accordingly, IT IS ORDERED that:  1) this matter is  REMANDED to the

16  Superior Court of California, Los Angeles County, Santa Monica Courthouse, 1725

17  Main  Street,  Santa  Monica  CA  90401,  for  lack  of  subject  matter  jurisdiction

18  pursuant to 28 U.S.C. § 1447(c); (2) the Clerk serve copies of this Order on the

19  parties.

20      IT IS SO ORDERED.

21  DATED: _____3/3/14_____

22

23

24  _____

25  GEORGE H. KING
    CHIEF UNITED STATES DISTRICT JUDGE

26

27

28